AO 245D (Rev. 02/18)  Judgment in a Criminal Case for Revocations
                      Sheet 1

# UNITED STATES DISTRICT COURT
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CURTESSA MONET FRANKLIN | Judgment in a Criminal Case<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.  1: 17 CR 10072 - 001 - GAO<br>USM No. 99204-038<br>JESSICA THRALL, ESQUIRE<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) #9, #6, #1, #7 of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| | See second page for violations | |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4885

Defendant's Year of Birth: 1994

City and State of Defendant's Residence:
Stoughton, MA  02072

05/21/2020
Date of Imposition of Judgment

*/s/ George A. O'Toole, Jr/*
Signature of Judge

George A. O'Toole, Jr
Judge, U.S. District Court
Name and Title of Judge

5/21/20
Date

AO 245D (Rev. 02/18)    Judgment in a Criminal Case for Revocations
                        Sheet 1A

Judgment—Page _____ of ___3___

DEFENDANT: CURTESSA MONET FRANKLIN
CASE NUMBER: 1: 17 CR 10072 - 001 - GAO

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| I | Violation of Special Condition 9: Defendant shall reside at a Residential Reentry Center (RRC) for a period of 6 months, or until the defendant can secure placement at an inpatient substance abuse or mental health program approved by probation. While at the RRC or inpatient program, the deft. shall abide by the rules of the facility. | 12/05/2019 |
| III | Violation of Standard Condition 1: The defendant shall not leave the judicial district without the permission of the court or probation officer. | 02/07/2020 |
| IV | Violation of Mandatory Condition: The defendant shall not commit another federal, states, or local crime. | 01/16/2020 |
| V | Violation of Special condition 7: Deft. is to participate in a program for substance abuse counseling as directed by probation, which program may include testing, not to exceed 104 drug tests per year to determine whether the defendant has reverted to the use of alcohol or drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment. | 02/06/2020 |

AO 245D (Rev. 02/18)    Judgment in a Criminal Case for Revocations
                           Sheet 2— Imprisonment

Judgment — Page ____ of __3__

DEFENDANT: CURTESSA MONET FRANKLIN
CASE NUMBER: 1: 17 CR 10072 - 001 - GAO

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

The previous period of supervised release is REVOKED and the defendant is to be imprisoned for term of 18 months. No period of supervised release to follow. This sentence is not to run concurrently with any state sentence imposed.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____.
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____.
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL